

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00315-CR

Paulino **FLORES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1058
Honorable George H. Godwin, Judge Presiding[1]

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 1, 2015.

_____
Jason Pulliam, Justice

---

[1] Sitting by assignment.